# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric J Coulter, | No. CV-23-00880-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Core Civic, et al., | |
| Defendants. | |

On October 31, 2023, Magistrate Judge Michael T. Morrissey issued a Report and Recommendation recommending the claims against John Doe and Jane Doe be dismissed without prejudice. No objections were filed.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED**. The claims against John Doe and Jane Doe are **DISMISSED WITHOUT PREJUDICE**.

Dated this 27th day of November, 2023.

Honorable Roslyn O. Silver
Senior United States District Judge